

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00157-CR
_____

BOBBY LYNN PRESTON JR., Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 4
Denton County, Texas
Trial Court No. CR-2021-03653-D

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant Bobby Lynn Preston Jr. appeals his conviction for misdemeanor driving while intoxicated. On October 4, 2022, and October 25, 2022, we notified Appellant by letter that the trial-court clerk responsible for preparing the record in this appeal had informed this court that Appellant had made no arrangements to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, Appellant arranged to pay for the clerk's record and provided this court with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3. Appellant has not made payment arrangements for the clerk's record; thus, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 8, 2022